IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUDYVER GARCIA, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:21-cv-492-ECM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

**MEMORANDUM OPINION and ORDER**

On May 13, 2024, the Magistrate Judge entered a Recommendation (doc. 29) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

    1.    The Recommendation of the Magistrate Judge (doc. 29) is ADOPTED;

    2.    The Petitioner's 28 U.S.C § 2255 motion (doc. 1) is DENIED without an evidentiary hearing;

    3.    This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

---

[1] Objections originally were due on May 27, 2024. (Doc. 29 at 9).  On June 7, 2024, the Court granted the Plaintiff's motion for extension of time to file objections and extended the objection deadline to July 12, 2024. (Doc. 31).

DONE this 22nd day of July, 2024.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE